UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHESTER L. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. C13-5570-TSZ-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), and a new decision. On remand, the ALJ shall reevaluate the medical evidence, including the medical source opinions of Keith J. Krueger, Ph.D., Cassandra Clark, Ph.D., Tasmyn Bowes, Psy.D., John Robinson, Ph.D., and Bruce Eather, Ph.D., and provide adequate rationales for the weight accorded to the medical opinion evidence; reevaluate the

claimant's mental impairments in accordance with the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a; reevaluate the claimant's residual functional capacity; if warranted, obtain psychological medical expert testimony; and if warranted, obtain vocational expert testimony to determine if the claimant has the residual functional capacity to perform the mental and physical demands of his past relevant work as he actually performed this work or as it is generally performed in the national economy and if not, proceed to step five of the sequential evaluation process.

Aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

A proposed order accompanies this Report and Recommendation.

DATED this 6th day of March, 2014.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2